**DISMISSED; Opinion Filed April 17, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

### No. 05-13-00472-CV

### IN RE BYRON BERNARD DUPREE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F97-47901-K**

### MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Myers

Before the Court is relator's petition for writ of mandamus naming the district attorney, as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district attorney. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

/Lana Myers/
LANA MYERS
JUSTICE

130472F.P05